IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CECIL K. ROBERTS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:08CV00142 SWW |
| | * | |
| PETE GEREN, Secretary of the Army, and | * | |
| ROBERT GATES, Secretary of Defense, | * | |
| | * | |
| Defendants | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 8th day of April, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE